UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DANIELLA SPRINGER, WILLIAM MOORE, and ARIEL VOLQUEZ,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JOHNSON & WALES UNIVERSITY,**<br><br>Defendant. | Class Action<br><br>Case No. 1:24-CV-00399-JJM-PAS |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Daniella Springer, William Moore, and Ariel Volquez ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks preliminary approval of a proposed class action settlement and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiffs state the following:

1. The terms of the settlement are set forth in the Class Action Settlement Agreement ("Settlement Agreement"), attached as Exhibit A to Plaintiffs' accompanying memorandum filed contemporaneously herewith.

2. The relief sought in this Motion is supported by Plaintiffs' Memorandum of Law in support of this Motion, filed contemporaneously herewith.

3. In addition, this Motion is supported by the following Exhibits:

i. Settlement Agreement and Attached Exhibits:

Exhibit A: Claim Form

Exhibit B: Postcard Notice

Exhibit C: Long Form Notice

ii. Counsel Leigh S. Montgomery's Declaration,

iii. Counsel Leanna A. Loginov's Declaration,

iv. Counsel Grayson Wells' Declaration

v. [Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement;

vi. [Proposed] Order and Final Judgment Granting Motion for Final Approval of Class Action Settlement.

4. Plaintiffs state that the proposed settlement falls within the approvable range of fair, reasonable, and adequate; satisfies the requirements of Fed. R. Civ. P. 23; and should be preliminarily approved by this Court.

WHEREFORE, Plaintiffs respectfully request that the Court enter the [Proposed] Order granting preliminary approval of the class action settlement, conditionally certifying a Settlement Class, granting preliminary approval of the Settlement Agreement, approving the form and manner of Notice, and scheduling a Final Approval Hearing.

Dated: December 30, 2025

Respectfully submitted,

*<u>/s/ Grayson Wells</u>*
Grayson Wells (admitted *pro hac vice*)
J. Gerard Stranch, IV (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: (615) 254-8801
gwells@stranchlaw.com
gstranch@stranchlaw.com

Leigh S. Montgomery (admitted *pro hac vice*)
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**

4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931
lmontgomery@eksm.com

Leanna A. Loginov (admitted *pro hac vice*)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

Kensley R. Barrett, Esq.
**MARIN BARRETT & MURPHY**
1000 Chapel View Blvd, Suite 260
Cranston, RI 02920
Tel: (401) 228-8271
kb@marinbarrettmurphy.com

***Attorneys for Plaintiffs and the Proposed Class***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on December 30, 2025, via the Court's CM/ECF electronic filing system, which automatically sends notice of such filing to counsel of record.

*/s/ Grayson Wells*
Grayson Wells